UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BUMBA, NICHOLAS P.                                        §   Case No. 09-47503
                                                                 §
                                                                 §
                                                                 §
Debtor(s)                                                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 12/16/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/16/2011      By: /s/BRADLEY J. WALLER
                                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: BUMBA, NICHOLAS P.     § Case No. 09-47503
§
§
§
Debtor(s)     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.09 |
| *and approved disbursements of* | $ 6,705.99 |
| *leaving a balance on hand of* [1] | $ 13,294.10 |
| **Balance on hand:** | $ 13,294.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,294.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,750.01 | 0.00 | 2,750.01 |
| Trustee, Expenses - BRADLEY J. WALLER | 144.94 | 0.00 | 144.94 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,144.95 |
| Remaining balance: | $ 10,149.15 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,149.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,149.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 605,901.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Tim & Ann Essig | 439,833.36 | 0.00 | 7,367.43 |
| 2 | A America | 13,575.48 | 0.00 | 227.40 |
| 3 | Hodker Furniture | 8,059.00 | 0.00 | 134.99 |
| 4 | Intercon | 5,119.79 | 0.00 | 85.76 |
| 5 | Chromcraft Revington | 3,419.12 | 0.00 | 57.27 |
| 6 | Advanta Bank Corp. in receivership of | 14,844.98 | 0.00 | 248.66 |
| 7 | Williams & Williams Inc. | 5,064.50 | 0.00 | 84.83 |
| 8 | Chase Bank USA NA | 18,186.43 | 0.00 | 304.63 |
| 9 | Groot | 1,559.18 | 0.00 | 26.12 |
| 10 | Kincaid Furniture | 4,304.59 | 0.00 | 72.10 |
| 11 | Am Exp Cent Bank - to be turned over to US | 93.72 | 0.00 | 1.57 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | Capital One Bank (USA), N.A. | 6,836.94 | 0.00 | 114.52 |
| 13 -2 | FLEXSTEEL INDUSTRIES INC. | 59,519.61 | 0.00 | 996.98 |
| 14 | Best Chairs, Inc. | 25,485.14 | 0.00 | 426.89 |

Total to be paid for timely general unsecured claims:  $ 10,149.15
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-47503-BWB
Nicholas P. Bumba                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker          Page 1 of 4          Date Rcvd: Jun 28, 2011
                              Form ID: ntcftfc7      Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2011.

```
db           +Nicholas P. Bumba,    845 Prairie Crossing Drive,    Yorkville, IL 60560-7106
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14854098     +A America,    P.O. Box 58408,    Seattle, WA 98138-1408
14854099      ABC/Amega Inc.,    1100 Main Street,    Buffalo, NY 14209-2356
14854101     +AHMSI,    PO Box 631730,    Irving, TX 75063-0002
14854106      ARSI,    555 Thousand Oaks Dr.,    Ste. 100,    Thousand Oaks, CA 91360
14854102     +Allied First,    3201 Orchard Road,    Oswego, IL 60543-5011
14854103     +Allied First Bank,    3201 Orchard Road,    Oswego, IL 60543-5011
14854105     +Ann L. Essig,    c/o Atty Michael J. Fleck,    11608 Dean St., Ste. 100,    Huntley, IL 60142-9654
14854108     +Atwell, Curtis, & Brooks Ltd.,    P.O. Box 363,    Carle Place, NY 11514-0363
14854111     +BB&J,    P.O. Box 890011,    Charlotte, NC 28289-0011
14854112     +Best Chairs, Inc.,    One Best Dr.,    Ferdinand, IN 47532-9233
14854113     +Biehl & Biehl,    P.O. Box 87410,    Carol Stream, IL 60188-7410
14854114     +C2C Resources LLC,    56 Perimeter Center E,    Ste. 100,    Atlanta, GA 30346-2214
14854152     +CIT,    134 Wooding Ave.,    Danville, VA 24541-3763
14854115     +Canadian Furniture,    C/O FMCA,    109 Rockspring Road,    High Point, NC 27262-2509
14854117     +Catherine Elliott-Dunne,    PO Box 10371,    Chicago, IL 60610-0371
14854119     +Chicago Tribune,    435 N. Michigan Ave.,    Chicago, IL 60611-4024
14854120     +Christina Bumba,    845 Prairie Crossing Drive,    Yorkville, IL 60560-7106
14854123     +Coface,    P.O. Box 8510,    Metairie, LA 70011-8510
14854124     +Coface Collections,    P.O. Box 8510,    Metairie, LA 70011-8510
14854125     +Comcast,    8745 W. Higgins,    Chicago, IL 60631-2704
14854128     +Commercial Recovery Corp.,    9298 Central Ave.,    Ste. 310,    Minneapolis, MN 55434-4219
14854129     +Cromcraft Revington,    1100 N. Washington,    Delphi, IN 46923-9479
14854130     +Curt Rehberg & Associates,    64 E. Crystal Lake Ave.,    Crystal Lake, IL 60014-6137
14854131     +Daily Herald,    P.O. Box 3204,    Arlington Heights, IL 60006-3204
14854132     +Deluxe Business Checks,    P.O. Box 742572,    Cincinnati, OH 45274-2572
14854134     +EMC Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14854133     +Elburn Herald,    123 N. Main St.,    Elburn, IL 60119-9166
14854135     +Emergency Medicine Assoc.,    20010 Century Blvd.,    Ste. 200,    Germantown, MD 20874-1118
14854136     +Emergency Treatment,    900 Jorie Blvd, Ste. 220,    Oak Brook, IL 60523-3846
14854137     +Englander Bedding,    3428 W. 48th Pl.,    Chicago, IL 60632-3027
14854138     +Euler Hermes,    600 S. 7th St.,    Louisville, KY 40203-1968
14854141     +Flexsteel Inc.,    P.O. Box 877,    Dubuque, IA 52004-0877
14854146     +Groot,    P.O. Box 309,    Elk Grove Village, IL 60009-0309
14854147     +Hinckely Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
14854148     +Hodker Furniture,    P.O. Box 4708,    Martinsville, VA 24115-4708
14854150    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Sec. Leve. 7-425,
               100 W. Randolph St.,    Chicago, IL 60601)
14854151     +Intercon,    635 N. Billy Mitchell Rd.,    Salt Lake City, UT 84116-2979
14854152     +Jofran Sales, Inc.,    One Jofran Way,    Norfolk, MA 02056-1671
14854153     +Kincaid Furniture,    4310 Regency Dr.,    Ste. 101,    High Point, NC 27265-9487
14854154     +Lancer Inc.,    P.O. Box 848,    Star, NC 27356-0848
14854155     +Law Office of Michael J. Fleck, PC,    11608 Dean Street,    Suite 100,    Huntley, IL 60142-9654
14854156     +Marc Lichtman & Associates,    222 N LaSalle St.,    Ste. 200,    Chicago, IL 60601-1114
14854157     +Martin Furniture,    2345 Brittania Blvd.,    San Diego, CA 92154-8313
15065224     +McLaughlin, Ken,    Esp, Kreuzer, Cores &,    McLaughlin,    400 S County Farm Rd,
               Wheaton IL 60187-4547
14854158     +Mike Fleck,    11608 Dean St.,    Ste. 100,    Huntley, IL 60142-9654
14854159     +Monitronics,    Dept. Ch. 8628,    Palatine, IL 60055-0001
14854160     +National City Bank,    P.O. Box 8043,    Royal Oak, MI 48068-8043
14854162     +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
               Sugar Grove, IL 60554-9318
14854228     +Nissan Motor Acceptance,    PO Box 9001133,    Louisville, KY 40290-1133
14854229     +Pat's Delivery,    777 E. Joyce Rd.,    Joliet, IL 60436-1876
14854231     +Premier Delivery,    360 W. Butterfield,    Ste. 320,    Elmhurst, IL 60126-5040
14854232     +Pulaski Furniture,    P.O. Box 403072,    Atlanta, GA 30384-3072
14854235     +Riverside Furniture,    P.O. Box 1427,    Fort Smith, AR 72902-1427
14854236     +Sale Signs, Inc.,    P.O. Box 2566,    Santa Fe Springs, CA 90670-0566
14854237     +Sealy Mattress,    P.O. Box 957721,    Dallas, TX 75395-0001
14854238     +Shaw Suburban Media,    P.O. Box 250,    Crystal Lake, IL 60039-0250
14854239     +Shull Transport,    P.O. Box 1409,    Hickory, NC 28603-1409
14854240     +Stanley Furniture,    P.O. Box 30,    Stanleytown, VA 24168-0030
14854242     +Stein & Rotman,    105 W. Madison St.,    Chicago, IL 60602-4602
14854241     +Stein & Rotman,    100 West Madison,    Suite 600,    Chicago, IL 60602-4102
14854244     +Suburban Chicago News,    P.O. Box 1008,    Tinley Park, IL 60477-9108
14854245     +Suburban Credit Corp.,    P.O. Box 30640,    Alexandria, VA 22310-8640
14854249     +TRS Recovery Services,    5251 Westheimer,    Houston, TX 77056-5412
14854246     +Teller, Levit & Silvertrust PC,    11 East Adams Street,    Suite #800,    Chicago, IL 60603-6369
14854247     +Tim & Ann Essig,    9715 Knoll Top Rd.,    Union, IL 60180-9645
```

```
District/off: 0752-1           User: vwalker            Page 2 of 4              Date Rcvd: Jun 28, 2011
                               Form ID: ntcftfc7       Total Noticed: 89

14854248     +Timothy E. Essig,   c/o Atty Michael J. Fleck,   11608 Dean St., Ste. 100,
               Huntley, IL 60142-9654
14854252     +US Bank,   PO Box 20005,   Owensboro, KY 42304-0005
14854250     +University of Chicago Med. Center,    1122 Paysphere Cir.,   Chicago, IL 60674-0001
14854251     +University of Chicago Phys. Group,    75 Remittance Dr., Ste. 1385,   Chicago, IL 60675-1385
14854253     +Uttermost Co.,   3325 Grassy Hill Rd.,   Rocky Mount, VA 24151-3911
14854254     +Village of Huntley,   10987 Main St.,   Huntley, IL 60142-7394
14854255     +W&A Distribution,   P.O. Box 309,   Chicago, IL 60690-0309
14854256     +Weltman, Weinberg & Reis,   175 S. 3rd St.,   Ste. 900,   Columbus, OH 43215-5177
14854257     +Williams & Williams Inc.,   P.O. Box 34307,   Louisville, KY 40232-4307
14854259     +Wiseway,   P.O. Box 1450,   Minneapolis, MN 55485-1450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14854100      EDI: MERRICKBANK.COM Jun 28 2011 23:48:00      Advanta Bank Corp.,   P.O. Box 30715,
               Salt Lake City, UT 84130
14854107     +EDI: ATTWIREBK.COM Jun 28 2011 23:48:00      AT&T,   P.O. Box 8105,   Aurora, IL 60507-8105
14854104     +EDI: AMEREXPR.COM Jun 28 2011 23:48:00      American Express,   P.O. Box 0001,
               Los Angeles, CA 90096-8000
14854109     +EDI: BANKAMER2.COM Jun 28 2011 23:48:00      Bank of America,   101 N Tryon St.,
               Charlotte, NC 28246-0100
14854116     +EDI: CAPITALONE.COM Jun 28 2011 23:48:00      Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
14854118     +EDI: CHASE.COM Jun 28 2011 23:48:00      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
14854126     +E-mail/Text: legalcollections@comed.com Jun 29 2011 00:02:57     ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
14854142     +E-mail/Text: van@fmcainc.com Jun 29 2011 00:04:16     FMCA,   109 Rockspring Rd.,
               High Point, NC 27262-2509
14854145     +E-mail/Text: PMELLING@GIFTCRAFT.COM Jun 29 2011 00:04:10     Giftcraft Inc.,   P.O. Box 1270,
               Grand Island, NY 14072-8270
14854149     +E-mail/Text: RWATERMAN@IGSENERGY.COM Jun 29 2011 00:03:09      IGS Energy,   5020 Bradenton Ave.,
               Dublin, OH 43017-3560
14854225     +E-mail/Text: bankrup@nicor.com Jun 29 2011 00:01:14     Nicor,   P.O. Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14854221      Nick's Custom Furniture, Inc.
14854222      Nick's Custom Furniture, Inc.
14854223      Nick's Home Furnishings, Inc.
14854224      Nick's Home Furnishings, Inc.
14854230      Paul & Carla Bumba
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14854110*    +Bank of America,   101 N Tryon St.,   Charlotte, NC 28246-0100
14854121*    +Christina Bumba,   845 Prairie Crossing Drive,   Yorkville, IL 60560-7106
14854127*    +ComEd,   P.O. Box 6111,   Carol Stream, IL 60197-6111
14854139*    +Euler Hermes,   600 S. 7th St.,   Louisville, KY 40203-1968
14854143*    +FMCA,   109 Rockspring Rd.,   High Point, NC 27262-2509
14854144*    +FMCA,   109 Rockspring Rd.,   High Point, NC 27262-2509
14854161*    +National City Bank,   Box 8043,   Royal Oak, MI 48068-8043
14854192*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854193*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854194*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854195*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854196*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854197*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854198*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854199*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854200*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854201*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854202*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854203*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854204*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854205*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
14854206*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,   Unit 6,
               Sugar Grove, IL 60554-9318
```

```
District/off: 0752-1          User: vwalker              Page 3 of 4              Date Rcvd: Jun 28, 2011
                              Form ID: ntcftfc7          Total Noticed: 89

              ***** BYPASSED RECIPIENTS (continued) *****
14854207*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854208*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854209*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854210*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854211*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854212*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854213*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854214*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854215*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854216*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854217*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854218*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854219*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854220*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854163*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854164*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854165*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854166*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854167*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854168*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854169*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854170*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854171*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854172*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854173*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854174*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854175*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854176*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854177*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854178*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854179*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854180*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854181*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854182*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854183*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854184*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854185*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854186*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
14854187*    +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
              Sugar Grove, IL 60554-9318
```

```
District/off: 0752-1           User: vwalker              Page 4 of 4              Date Rcvd: Jun 28, 2011
                               Form ID: ntcftfc7          Total Noticed: 89

              ***** BYPASSED RECIPIENTS (continued) *****
 14854188*     +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
                Sugar Grove, IL 60554-9318
 14854189*     +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
                Sugar Grove, IL 60554-9318
 14854190*     +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
                Sugar Grove, IL 60554-9318
 14854191*     +Nick's Custom Furniture Incorporate,    760 Heartland Drive,    Unit 6,
                Sugar Grove, IL 60554-9318
 14854226*     +Nicor,   Box 2020,   Aurora, IL 60507-2020
 14854227*     +Nicor,   P.O. Box 2020,    Aurora, IL 60507-2020
 14854243*     +Stein & Rotman,    105 W. Madison St.,    Chicago, IL 60602-4602
 14854258*     +Williams & Williams Inc.,    P.O. Box 34307,    Louisville, KY 40232-4307
 14854140      ##+First Equity,    P.O. Box 84075,   Columbus, GA 31908-4075
 14854233      ##+Quick Signs,    1134 Douglas Rd.,    Oswego, IL 60543-9040
 14854234      ##+Rapid Recovery,    P.O. Box 151,   Farmingville, NY 11738-0151
                                                                                 TOTALS: 5, * 70, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2011            Signature:    *Joseph Speetjens*