# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUMBA, NICHOLAS P. | § | Case No. 09-47503 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE UNITED STATES BANKRUPT | | | | | |
| Michael J. Fleck | | | | | |
| Michael J. Fleck | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | A AMERICA | | | | | |
| 6 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| 14 | BEST CHAIRS, INC. | | | | | |
| 12 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 8 | CHASE BANK USA NA | | | | | |
| 5 | CHROMCRAFT REVINGTON | | | | | |
| 13 | FLEXSTEEL INDUSTRIES INC. | | | | | |
| 13 -2 | FLEXSTEEL INDUSTRIES INC. | | | | | |
| 9 | GROOT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | HODKER FURNITURE | | | | | |
| 4 | INTERCON | | | | | |
| 10 | KINCAID FURNITURE | | | | | |
| 1 | TIM & ANN ESSIG | | | | | |
| 1 -2 | TIM & ANN ESSIG | | | | | |
| 11 | US BANKRUPTCY CLERK | | | | | |
| 7 | WILLIAMS & WILLIAMS INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-47503 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | BUMBA, NICHOLAS P. | | | Date Filed (f) or Converted (c): | 12/16/09 (f) |
| | | | | 341(a) Meeting Date: | 01/25/10 |
| For Period Ending: 02/09/12 | | | | Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence - 845 Prairie Crossing Drive, Yorkvill | 223,200.00 | 0.00 | DA | 0.00 | FA |
| 2. Townhouse: 57 Waterbury Circle, Oswego, IL | 152,917.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking w/Old Second National Bank | 80.00 | 0.00 | DA | 0.00 | FA |
| 5. 1/2 interest in Household Goods & Furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc. Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. Jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Term Policy w/Aviva | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Term policy w/AIG | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Nic k's Custom Furniture Inc (closed 2/09) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Nick's Home Furnishings, Inc. (never operated) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Mavyn Properties LLC (checking account w/Old Sec | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Vehicle: 2002 Ford F 150 (155,000 miles poor) | 1,500.00 | 180.00 | DA | 0.00 | FA |
| 14. Vehicle: 2007 Nissan Murano(lease expires 12/09) | 20,365.00 | 19,966.00 | DA | 0.00 | FA |
| 15. Preference action (u) | 20,000.00 | 20,000.00 | | 20,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $420,862.00   $40,146.00   $20,000.09   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-47503 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | BUMBA, NICHOLAS P. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8465 Money Market Account |
| Taxpayer ID No: | *******4467 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/11 | 15 | Esp, Kreuzer, Cores & McLaughlin, LLP<br>Clinet Fund Account<br>400 S. County Farm Road, Suite 200<br>Wheaton, IL 60187 | per court order of 09/30/2011<br>DEPOSIT CHECK #753957 | 1241-000 | 20,000.00 | | 20,000.00 |
| 10/14/11 | 001001 | Michael J. Fleck<br>Law Office of Michael J. Fleck PC<br>11608 Dean Street, Suite 100<br>Huntley, IL 60142 | Per court order of September 30, 2011. | 3210-000 | | 6,666.67 | 13,333.33 |
| 10/14/11 | 001002 | Michael J. Fleck<br>Law Office of Michael J. Fleck PC<br>11608 Dean Street, Suite 100<br>Huntley, IL 60142 | Per court order of September 30, 2011 | 3220-000 | | 14.32 | 13,319.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 13,319.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 13,294.09 |
| 11/04/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 13,294.10 |
| 11/04/11 | | To Acct #*******8466 | | 9999-000 | | 13,294.10 | 0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 20,000.09 | 20,000.09 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,294.10 | |
| Subtotal | 20,000.09 | 6,705.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.09 | 6,705.99 | |

Page Subtotals    20,000.09    20,000.09

Ver: 16.05c

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-47503 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | BUMBA, NICHOLAS P. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8466  Checking Account |
| Taxpayer ID No: | *******4467 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/11 | | From Acct #*******8465 | | 9999-000 | 13,294.10 | | 13,294.10 |
| 12/16/11 | 000101 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on $144.94, Trustee Expenses;  Reference: | 2200-000 | | 144.94 | 13,149.16 |
| 12/16/11 | 000102 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on $2,750.01, Trustee Compensation;  Reference: | 2100-000 | | 2,750.01 | 10,399.15 |
| 12/16/11 | 000103 | CLERK OF THE UNITED STATES<br>BANKRUPTCY COURT<br>NORTHERN DISTRICT OF IL/EASTERN<br>DIVISION<br>219 S. DEARBORN STREET<br>CHICAGO, IL  60604 | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 10,149.15 |
| 12/16/11 | 000104 | Tim & Ann Essig<br>9715 Knoll Top Rd.<br>Union, IL  60180 | Dividend paid   1.67% on $439,833.36; Claim# 1 -2; Filed: $439,833.36; Reference: | 7100-000 | | 7,367.43 | 2,781.72 |
| 12/16/11 | 000105 | A America<br>P.O. Box 58408<br>Seattle, WA  98138 | Dividend paid   1.67% on $13,575.48; Claim# 2; Filed: $13,575.48; Reference: | 7100-000 | | 227.40 | 2,554.32 |
| 12/16/11 | 000106 | Hodker Furniture<br>P.O. Box 4708<br>Martinsville, VA  24115 | Dividend paid   1.67% on $8,059.00; Claim# 3; Filed: $8,059.00; Reference: | 7100-000 | | 134.99 | 2,419.33 |
| 12/16/11 | 000107 | Intercon<br>635 N. Billy Mitchell Rd.<br>Salt Lake City, UT  84116 | Dividend paid   1.67% on $5,119.79; Claim# 4; Filed: $5,119.79; Reference: | 7100-000 | | 85.76 | 2,333.57 |
| 12/16/11 | 000108 | Chromcraft Revington<br>1330 Win Hentschel Blvd<br>Suite 250<br>West Lafayette, IN  47909 | Dividend paid   1.67% on $3,419.12; Claim# 5; Filed: $3,419.12; Reference: | 7100-000 | | 57.27 | 2,276.30 |
| | | | Page Subtotals | | 13,294.10 | 11,017.80 | |

Ver: 16.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47503 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | BUMBA, NICHOLAS P. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8466 Checking Account |
| Taxpayer ID No: | *******4467 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/11 | 000109 | Advanta Bank Corp. in receeivership of FDIC<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701 | Dividend paid 1.67% on $14,844.98; Claim# 6; Filed: $14,844.98; Reference: | 7100-000 | | 248.66 | 2,027.64 |
| 12/16/11 | 000110 | Williams & Williams Inc.<br>P.O. Box 34307<br>Louisville, KY 40232 | Dividend paid 1.67% on $5,064.50; Claim# 7; Filed: $5,064.50; Reference: | 7100-000 | | 84.83 | 1,942.81 |
| 12/16/11 | 000111 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Dividend paid 1.67% on $18,186.43; Claim# 8; Filed: $18,186.43; Reference: | 7100-000 | | 304.63 | 1,638.18 |
| 12/16/11 | 000112 | Groot<br>P.O. Box 309<br>Elk Grove Village, IL 60009 | Dividend paid 1.67% on $1,559.18; Claim# 9; Filed: $1,559.18; Reference: | 7100-000 | | 26.12 | 1,612.06 |
| 12/16/11 | 000113 | Kincaid Furniture<br>4310 Regency Dr.<br>Ste. 101<br>High Point, NC 27265 | Dividend paid 1.67% on $4,304.59; Claim# 10; Filed: $4,304.59; Reference: | 7100-000 | | 72.10 | 1,539.96 |
| 12/16/11 | 000114 | US Bankruptcy Clerk<br>219 S. Dearborn<br>Chicago, IL 60604 | Dividend paid 1.67% on $93.72; Claim# 11; Filed: $93.72; Reference: | 7100-000 | | 1.57 | 1,538.39 |
| 12/16/11 | 000115 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Dividend paid 1.67% on $6,836.94; Claim# 12; Filed: $6,836.94; Reference: | 7100-000 | | 114.52 | 1,423.87 |
| 12/16/11 | 000116 | FLEXSTEEL INDUSTRIES INC.<br>C/O STEIN & ROTMAN<br>105 W. MADISON ST. #600<br>CHICAGO, IL 60602 | Dividend paid 1.67% on $59,519.61; Claim# 13 -2; Filed: $59,519.61; Reference: | 7100-000 | | 996.98 | 426.89 |
| 12/16/11 | 000117 | Best Chairs, Inc.<br>One Best Dr. | Dividend paid 1.67% on $25,485.14; Claim# 14; Filed: $25,485.14; Reference: | 7100-000 | | 426.89 | 0.00 |

Page Subtotals 0.00 2,276.30

Ver: 16.05c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47503 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | BUMBA, NICHOLAS P. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8466 Checking Account |
| Taxpayer ID No: | *******4467 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Ferdinand, IN 47532 | | | | | |

|   |   |   |   |
| --- | --- | --- | --- |
| COLUMN TOTALS | 13,294.10 | 13,294.10 | 0.00 |
| Less: Bank Transfers/CD's | 13,294.10 | 0.00 | |
| Subtotal | 0.00 | 13,294.10 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13,294.10 | |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-47503 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | BUMBA, NICHOLAS P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3143  Checking Account |
| Taxpayer ID No: | *******4467 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********8465 | 20,000.09 | 6,705.99 | 0.00 |
| Checking Account - ********8466 | 0.00 | 13,294.10 | 0.00 |
| Checking Account - ********3143 | 0.00 | 0.00 | 0.00 |
| | 20,000.09 | 20,000.09 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*